# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANDRE POWELL, | ) |
| Plaintiff, | ) |
| vs. | ) 2:09-cv-69-JMS-MJD |
| STEPHEN HALL, et al., | ) CA #12-1667 |
| Defendants. | ) |

## Entry Discussing Request to Proceed on Appeal In Forma Pauperis

An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous–nor does his request for leave to proceed on appeal *in forma pauperis* even suggest such an argument. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

Based on the foregoing, therefore, the plaintiff's request for leave to proceed on appeal *in forma pauperis* (dkt 220) is **denied.**

IT IS SO ORDERED.

Date: 04/10/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Andre Vance Powell
951140
E.C.C.C.
86261 C.R. 26
Elkhart, IN 46517

All Electronically Registered Counsel